## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA SCHALL,** | : | |
| **Plaintiff** | : | **No. 1:18-cv-00775** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **BOWHEAD INTEGRATED SUPPORT** | : | |
| **SERVICES, LLC,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

    **AND NOW**, on this 2nd day of October 2018, upon consideration of the parties' signed

stipulation of dismissal (Doc. No. 15), **IT IS ORDERED THAT** the stipulation is

**APPROVED**, and the above-captioned matter is **DISMISSED** with prejudice and without fees

or costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


                                    <u>s/ Yvette Kane</u>
                                      Yvette Kane, District Judge
                                      United States District Court
                                      Middle District of Pennsylvania